UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   09-80934-CIV-RYSKAMP\VITUNAC

Oren Tavory

       Plaintiff

vs.

Kathy Barber & Myre Ameigh

       Defendant
_____/

## NOTICE OF TRIAL

This case is set for **jury TRIAL** commencing the two-week trial period of **February 7, 2011**, in West Palm Beach, Florida.  All matters relating to the scheduled trial date may be brought to the attention of the court at **CALENDAR CALL** on **February 2, 2011** in the Federal Courthouse, *Courtroom No. 1, 701 Clematis Street, 4th floor, West Palm Beach, Florida at 1:15 P.M.

      Plaintiff's counsel shall notify any attorneys not listed below of this notice of trial.  Any motion for a continuance MUST be in writing in order to be considered.

DATED this 18th day of November, 2009.

          /s/ Sharon J. Hibbs
          **SHARON J. HIBBS, Judicial Administrator to**
          **JUDGE RYSKAMP**

c:  All Counsel of Record