UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-civ-80535 Ryskamp/Vitunac
Case No: 09-cv-80934-Ryskamp/Vitunac

OREN TAVORY,

    Plaintiff

v.

KATHY BARBER and
MYRA AMEIGH,

    Defendants.                          /

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Plaintiff Oren Tavory ("Tavory"), files this Motion for Brief Enlargement of Time to File Motion Dismissing/Striking Affirmative Defenses filed by Defendants Ameigh and Barber through and including Friday, October 15, 2010, and would show the Court the following:

1. Defendants Ameigh and Barber filed their Answer and Affirmative Defenses in Case No: 09-civ-80934 on September 15, 2010 [Dkt. 92 in 09 case].

2. Plaintiff's responsive motion is due to be filed on October 12, 2010.

3. Undersigned counsel has had multiple filing deadlines in several courts. A brief enlargement is necessary to ensure that Tavory is able to file a complete response. The enlargement is requested prior to the expiration of the time for filing, and thus is governed by the good cause standard of Federal Rule of Civil Procedure Rule 6(b). This brief enlargement will not cause undue delay, is not requested in bad faith, and without any dilatory motive, and will not prejudice Defendants.

- 2 -

4. Prior to filing this Motion, the undersigned consulted with counsel for the Defendants, who has neither consented nor refused to consent to the requested extension.

WHEREFORE, Plaintiff respectfully requests that this Court grant his Motion for Enlargement of Time to File a Responsive Motion to the Affirmative Defenses of Defendants Ameigh and Barber, and such other relief as this Court deems just.

Dated:   October 12, 2010              */s/ G. Donovan Conwell, Jr.*
                                                     G. Donovan Conwell, Jr.
                                                     Florida Bar No:  371319
                                                     Dineen Pashoukos Wasylik
                                                     Florida Bar No:  0191620
                                                     **CONWELL KIRKPATRICK, P.A.**
                                                     2701 North Rocky Point Drive, Suite 1200
                                                     Tampa, FL 33607
                                                     (813) 282-8000; (813) 282-8800 (Facsimile)
                                                     dconwell@CKbusinesslaw.com
                                                     dwasylik@CKbusinesslaw.com
                                                     Attorneys for Oren Tavory

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2010, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified:

                                                     */s/ G. Donovan Conwell, Jr.*

- 3 -

**SERVICE LIST**
**Oren Tavory v. Kathy Barber and Myra Ameigh**
Case No. 06-civ-80535 Ryskamp/Vitunac
Case No. 09-civ-80934 Ryskamp/Vitunac
United States District Court, Southern District of Florida

| | |
|---|---|
| Joel B. Rothman, Esq.<br>jrothman@arnstein.com<br>ARNSTEIN & LEHR, LLP<br>515 North Flagler Drive , Sixth Floor<br>West Palm Beach, Florida 33401-4323<br>Attorney for Defendants | Robert H. Thornburg<br>rthornburg@addmg.com<br>Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.<br>777 Brickell Avenue, Suite 1114<br>Miami, FL 33131 |
| Stephen D. Milbrath<br>smilbrath@addmg.com<br>Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.<br>Post Office Box 32802<br>Orlando, FL 32802 | |